UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-tp-80028-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD DAVIS,

    Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing for violations of supervised release, on April 4, 2008. The Court finds the defendant, DONALD DAVIS, has violated the terms of his supervised release as set forth in the petition for violation and the defendant admits same.

**IT IS HEREBY ORDERED and ADJUDGED** that the defendant's term of supervised release imposed by the Court is **revoked** and the defendant is committed to the custody of the U.S. Bureau of Prisons for a term of **TIME SERVED**. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of **Three (3) years**. While on supervised release, the defendant shall not commit any federal, state or local crimes, shall be prohibited from possessing a firearm or other dangerous devices, and shall not possess a controlled substance. In addition, he shall comply with the standard conditions of supervised release that have been adopted by this court and with the following special conditions:

1.  The defendant shall participate in an approved treatment program for substance/alcohol abuse, as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay, or availability of third party payment.

**DONE and ORDERED** in West Palm Beach, this ___9___ day of April, 2008.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc: Adrienne Rabinowitz, AUSA
Dave Brannon, AFPD
U.S. Probation
U.S. Marshal